■ PEARL ANOLICK, Respondent, v. THOMAS I. ANOLICK, Appellant.— In an action by a wife for separation, the defendant husband appeals from an order of the Supreme Court, Queens County, entered July 25, 1960, directing him to pay alimony, *pendente lite*, of $150 a week and a counsel fee of $2,000. Order affirmed, with $10 costs and disbursements. · No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ JOHN BERGER, Respondent, v. JAMES M. LEONARD et al., Appellants, et al., Defendant.— In an action to recover damages for personal injuries, defendants Leonard appeal (1) from an order of the Supreme Court, Queens County, entered February 10, 1960, granting plaintiff's motion for summary judgment striking out said defendants' answer, directing an assessment of damages against them, and severing the action against the defendant Jamaica Hospital; and (2) from a resettled order of the same court, entered March 24, 1960, which makes the same dispositions. Resettled order reversed, with $10 costs and disbursements, and motion denied. The record presents issues of fact which should be resolved after trial. Appeal from the original order entered February 10, 1960, dismissed, without costs. Such appeal has been rendered academic by the appeal from the resettled order. Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.

■ RUDOLPH BUNT, Respondent, v. HOFSTRA COLLEGE, Appellant.— In an action to recover damages for personal injuries, the defendant appeals from an order of the Supreme Court, Suffolk County, entered June 20, 1960, granting plaintiff's motion for a preference. Order affirmed, with $10 costs and disbursements. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ CLARIDGE FOOD CO., INC., Respondent, v. EXCELSIOR QUICK FROSTED MEAT PRODUCTS, INC., Appellant.— In an action to recover damages for breach of contract, defendant appeals from an order of the Supreme Court, Queens County, dated May 16, 1960, denying its motion to dismiss the complaint, as amplified and limited by bills of particulars, for insufficiency. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ WILLIAM GLAZER et al., Appellants, v. NEW YORK CITY TRANSIT AUTHORITY, Respondent.— In an action to recover damages for personal injuries and property damage, plaintiffs appeal from an order of the Supreme Court, Kings County, dated March 14, 1960, denying their application for a preference under rule 9 of the Kings County Supreme Court Rules. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.